UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jay M Cullen<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-16688<br><br>Chapter: 13<br>Honorable Nancy A. Peterman |

**Order Dismissing Case for Failure to Make Plan Payments**

This matter coming before the court on the trustee's motion to dismiss for failure to make plan payments, due notice having been been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted as set forth herein. The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:

Honorable Nancy A. Peterman
United States Bankruptcy Judge

Dated: April 22, 2026

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300